B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court

_____ Northern _____ District Of _____ Illinois _____

In re _____ CARMEN MARTINEZ _____,          Case No. __12-50266__
                    Debtor

                                                 Chapter _____ 13 _____

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

X          IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing
           application.

☐          IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____     Check one ☐ With the filing of the petition, or
                                    ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐          IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional
           payment or transfer any additional property to an attorney or any other person for services in connection with this
           case.

                                          BY THE COURT

                                          KENNETH S. GARDNER
                                          Clerk, U.S. Bankruptcy Court

Date: ___12 – 26 – 12___          _____
                                          _United States Bankruptcy Judge_